Daniel Feder (SBN 130867)
**LAW OFFICES OF DANIEL FEDER**
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
daniel@dfederlaw.com

Attorney for Plaintiff W. CHENG

The Law Office of Daniel Feder
235 Montgomery Street, Suite 1019 ◆ San Francisco, CA 94104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. CHENG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE SEQUENCING SOLUTIONS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 5:25-cv-05285-SVK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Complaint Filed: June 24, 2025<br>Trial Date: March 2, 2027 |

Plaintiff W. Cheng ("Plaintiff") and Defendant Roche Sequencing Solutions, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved.

Dated: 9/17/2026 THE LAW OFFICES OF DANIEL L. FEDER

By: /s/ Daniel Feder
Daniel Feder
Attorneys for Plaintiff

Dated: 10/29/2026

By: */s/ Julie A. Totten*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Julie A. Totten / Alexandria Elliott
Attorneys for Defendant Roche Sequencing Solutions, Inc.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

Dated: 9/17/2026

By: /s/ Daniel Feder
Daniel Feder
Attorneys for Plaintiff

**ORDER**

The Court, upon consideration of the parties' Joint Stipulation and [Proposed] Order to dismiss, grants the parties' request and dismisses the action with prejudice, all parties to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 2, 2026

Susan van Keulen
United States Magistrate Judge